

I began exploring websites on our home computer when I was around 13 years old. I stumbled upon adult pornography sites and instantly became addicted to adult type pornography. Gradually I began to look at other pornography sites that included child pornography pictures. I became addicted to these sites and I began to search out other sites to view these images. I began to download these images to my computer. I did not let anyone (not my family nor my friends) know of my addiction. I was embarrassed and ashamed of my addiction and tried multiple times to quit. Unfortunately, I did not know to whom I could turn for help with overcoming this addiction. I took these images off my computer on several occasions hoping to stop but eventually I would put them back on my computer due to my untreated addiction.

In October of 2005 I was attending Kent State University, living alone in an apartment near campus. On October 18th, 2005 I was in my apartment and was woken up by my door bell at about 9:00am by two men who identified themselves as FBI agents. At this point I knew why they were there. I voluntarily gave them my computer and told them exactly where they could access the images on its hard drive. I was, while scared, honestly relieved that they had come to my apartment that day because I knew that no matter what else happened to me as a result of handing over my computer I would be rid of the pornography and be able to seek help.

I knew that I needed to get help for my addiction but first I knew I had to tell my family and friends. I immediately told my parents and my fiancée about what had been going on in secret and about what had just happened. My fiancée gave my ring back and my parents decided to help me. I immediately sought help and began seeing a counselor (Dr. Brian Tindall). I saw him weekly for the next 1 and a half years and then monthly. I feel that this counseling was extremely valuable as it has helped me to deal with my addiction, learn how to overcome my addiction and taught me how to avoid relapses into my addiction.

From October 2005 to December 2006 I continued my schooling at Kent State University and graduated with a degree in computer science. I daily feared that at some point my life would be taken away because of my addiction but my family and friends stood by me and offered continual support. Without the help of my family, friends and professionals I would never have been able to deal with and beat my addiction. I realize that with any addiction there is a possibility of relapse. However, I continue to attend counseling to this day in order to prevent any possibility of such a relapse. At this point, I feel that I have successfully overcome my addiction to all forms of pornography.

I am so regretful for the pain that this has caused my mother, father, and two sisters as I see them all on a regular basis and know how this ordeal has torn them up inside. I am also extremely regretful for the pain this has caused to the children and their families whose pictures I looked at on the internet. During my addiction phase, I never thought about how my actions could hurt so many people. In my recovery phase I now fully and completely realize how my actions can, and do, affect not only myself but everyone involved in my life. For this I am grateful, and I remain truly regretful of my conduct in the past.