(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE                           Date: 03/11/2005

To: Cleveland                      Attn: Cyber/IINI

From: Pittsburgh
      Squad 16/Cyber
      Contact: SA Eric M. Fiterman, 412-432-4291

Approved By: Shore William P

Drafted By: Fiterman Eric M:emf

Case ID #: 305A-PG-73384   (Pending)

Title: JEFFREY KRETZER;
       INNOCENT IMAGES;
       ITOM-SEOC

Synopsis: To provide subscriber information identified during the course of investigation.

Enclosure(s): For Cleveland: one (1) FD-340 (1A) envelope containing IP address information, the images downloaded from the AMY1979 F-Serve, and subscriber information identified from the Internet Service Provider.

Details: The Pittsburgh Division and the Pennsylvania State Police (PSP) are jointly investigating File Servers (F-Serves) dedicated to distributing images involving the Sexual Exploitation of Children. On 09/10/2004, PSP Trooper Robert Erdely provided the results of an EnCase forensic exam conducted on several hard disks recovered during the search of the residence of Subject Kretzer, located at 10581 Old Babcock Boulevard, Gibsonia, Pennsylvania (PA).

   Included in the results of the forensic exam were the General Investigation Report, and approximately sixty-three (63) folders containing IP address information and associated images for users who uploaded and downloaded images to/from Jeffrey Kretzer's F-Serve, identified as the AMY1979 F-Serve.

   In an effort to identify the subscribers of several IP addresses found in the file transfer logs on the AMY1979 F-Serve belonging to Kretzer, Administrative Subpoena requests were sent to various Internet Service Providers (ISPs). Pursuant to these requests, Pittsburgh determined that the following subscriber resides in Cleveland's territory:

   Evan Stern

To: Cleveland    From: Pittsburgh
Re: 305A-PG-73384, 03/11/2005

    6600 Alpha Drive Apt. 214
    Kent, OH 44240
    330-608-6171

    This information is being provided to the Cleveland Field Office for any investigation deemed appropriate. Trooper Erdely is available to testify as a witness in support of any prosecution in Cleveland's territory. Any contact with Trooper Erdely can be coordinated through SA Eric Fiterman, Pittsburgh Office, at telephone number 412-432-4291.

    Any investigation is left to the discretion of the Cleveland Office. If an investigation is initiated, it is requested that Cleveland advise Pittsburgh concerning results.

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription  10/18/2005

On October 18, 2005, EVAN STERN, date of birth April 13, 1983, 6600 Alpha Drive, Kent, Ohio, telephone number 330/608-6171 was interviewed by Special Agent LAWRENCE X. SYSACK, Federal Bureau of Investigation and Detective DAVID BROWN, Summit County Sheriff's Office advised as follows:

SA SYSACK stated to STERN that the FBI has information that STERN downloaded images of child pornography from an F-Serve. STERN advised that he did download over 200 images of child pornography from an F-Serve and are in a folder on his hard drive named EEVANS MISC.

SA SYSACK asked STERN to give consent to search his computer hard drive. STERN advised he would like to wait. STERN was advised by Detective BROWN based on his admissions he could secure a search warrant. STERN advised that he would voluntarily give his consent to search his computer hard drive for images of child pornography.

After reading the Consent to Search form, STERN acknowledged that he understood its meaning and signed the form.

STERN stated he built this computer himself and is the sole user.

STERN advised he wants to cooperate and acknowledged he has a problem. STERN also advised that he has not traded or manufactured child pornography but only collects it.

Investigation on  10/18/2005  at  Kent, Ohio

File # 305D-CV-70931                                 Date dictated  10/18/2005

by  SA Lawrence X. Sysack

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.