

Honorable Kathleen McDonald O'Malley,

I am writing on behalf of Evan Stern whose sentencing date is January 18th. Evan has pleaded guilty to possession of child pornography. I know Evan from college at Kent State University where we studied Computer Science. Evan then received a job offer from WMS GAMING INC., which is where I have been employed for almost 2 years. He then moved out to Chicago and he is now my roommate. Despite of the things that have happened in the past and Evans's legal troubles I believe Evan is a good person and has a good head on his shoulders. Evan has informed me of everything that has gone on before he moved in with me and I still did not have a problem living with him. It is obvious that this incident should have never happened, but I believe everybody should have a second chance. Since this has happened Evan has been trying real hard to correct for his mistakes and be a good part of society, good friend, and family member. Evan has landed a good job with WMS GAMING INC. and is looking at being a part of two businesses that my colleagues and I are running. With GRB (Giant Revolving Brain) we create educational video games for schools. Since Evan has moved to Chicago he has been helping us out with content for the business and he is looking at becoming a bigger part in the company. There is also a company that we are just starting up in MindCase Studios. This company creates commercial video games for the PC and XBOX360 video game consoles. This company is in its early stages, but Evan is looking to also become a part of building that company. Evan has always been a hard worker during college and also at WMS GAMING INC. where he is currently employed, and from talking to him wants to continue working hard and gain more ground in the industry so he can further his career.

Evan has taken big steps toward correcting his errors of the past and has accomplished many things in the past three years. I hope you can take into consideration what I have outlined in this letter on January 18th during Evan's sentencing and not only look at what has happened, but also look at what is happening. Thank You.

Sincerely,

Michael J Irby II