January 1, 2008



Honorable Kathleen McDonald O'Malley
Carl B. Stokes United States Courthouse
801 West Superior Avenue
Cleveland OH, 44113-1840

Your Honor:

I would like to tell you a little about my son, Evan.

Growing up he was never a 'problem' child. He never had significant problems in school; he was never in trouble with the police; he did not exhibit any problem behaviors at home. As a child, adolescent and young teen he was bright, happy, and engaging. He made friends easily and was just a typical youngster. He is my only son and I loved and love him very much.

However, as he moved into his late teens we began to notice that he was becoming more withdrawn, introverted and, frankly dark. His mother will tell you that she knew that something was seriously wrong; I, on the other hand, simply felt that he was going through a 'phase' and would eventually grow out of it. Unfortunately as we now know my wife was correct and I was wrong.

As is now clear in retrospect it was Evan's awareness that what he was doing was wrong, and that he could not share it with us, or with anyone else, that was causing him to 'draw in' on himself and move further and further away from us.

In the over two years now since Evan's problem has come to light the change in him has been like night and day. My wife tells me she feels like we have our son back again. He is, once again, the caring, bright, engaging and, despite the potentially unpleasant future facing him, happy young man we knew. All of his dark thoughts and demeanor have vanished. He has formed deeper relationships with those friends he was able to keep and has made many new friends.

None of this has come easily. Evan has worked hard to make these changes; he has met, worked, and continues to work, with numerous therapists; he has engaged in long conversations with his family, friends and other adults who can give him loving counsel. He has developed and nurtured a faith in God that was never there before, and that has sustained him even when things looked darkest. He has pulled himself together and finished school and gotten a job.

I could go on for pages about how contrite and guilt ridden Evan feels; about his desire to make amends if possible; or about how scrupulously clean his behavior has been over the last two years. However, I think most telling is that Evan has told me, more than once, that he is glad to have been caught; because it has given him the opportunity to get the help he needs, and has allowed him to once again feel good about himself and have the kind of relationship he desires with his family and friends.

Sincerely,

Kenneth S. Stern

179 FRANKLIN DRIVE • DOYLESTOWN • OHIO 44230
PHONE: 330 658-4055

RECEIVED JAN - 2 2008