
DEFENDANT'S
EXHIBIT
8

December 26, 2007

Dear Judge O'Malley,

    As Evan's sister, I have been a close witness to his experiences over the past few years. I do not find it at all difficult to describe what Evan has been through, but I do indeed find it hard to express just how massive and positive the changes have been for both Evan and my family. As someone that known him closely, I have watched as Evan has redoubled his engagement with my family in the face of a difficult experience, an experience that I can imagine would otherwise cause someone to completely withdraw. It has been Evan's strength and complete willingness to engage in inward reflection and outward change that he has taken this situation and used it to rekindle a closer connection and deeper bond between my family members. Evan has also taken full responsibility of making distinct efforts to help him move away from a lifestyle that he no longer wanted to continue, and through these personal changes has he rededicated himself to living a happy, healthy life.

    Two years ago, when the authorities confiscated his computer, I remember that Evan was incredibly remorseful. He felt his entire life had crumbled before him. This was hard to witness, and the entire family surrounded him with love and the support he desperately needed. Evan displayed great maturity in seeking help and finding proactive ways to begin rebuilding what had fallen apart in his life. He immediately took time off from college and moved back home to my parents' house where he could receive supervision, care, and support. He made the choice to move his computer and personal entertainment (music, movies, etc.) into our living room, where my parents and anyone else in the house could see what he was doing. He also knew he needed professional psychological and psychiatric help, and sought it at once. Equally important to him was his desire to rekindle a relationship with God. In the midst of this awfully tumultuous time for Evan and my family, I can truly say that he never once made excuses. He never once complained, no matter how painful or terrible he felt. He simply and gracefully engaged himself in all the hard work necessary to rebuild his life.

    During this time, I remember seeing my brother as a man with an entirely new perspective on life. I was at college in Oxford, Ohio at the time, and can remember one night, not long after he moved home, when he called me. He called to apologize for what he had done, for how he had behaved, and how sorry he was that he had let his life become so out of control. He explained, earnestly, that he had found God and felt truly moved to change the way he behaved in his own life and with our family. His voice was solemn and humble, and I will never forget the joyful tears I cried when I heard all that Evan had to say. That phone call was a testament to the work he had done inside of himself and the clear remorse he had experienced in light of his actions. This is the Evan that I know today, and I will always remember that phone call as the beginning of a new Evan with a new life.

    Your Honor, despite being able to easily recall the changes that Evan made in his life during this time, I must admit that it is so very hard for me to express just how much Evan has transformed in light of these changes. Two years of continual self-development through psychotherapy, counseling, and self-evaluation on Evan's part has made it hard for me to even remember what he was like before this metamorphosis. He has suffered

and changed in ways that I cannot imagine a person doing willingly – but Evan did. Evan has learned so much from his mistakes, and I have been wonderfully inspired by his deep commitment to maintaining this new way of living. This has been hard for Evan, but he has integrated these changes into his life so seamlessly that they are now essential aspects of his being.

For the rest of my life, I will be in awe of the grace with which Evan has handled himself during this two-year long experience. I am honored to have a brother that despite the stigma and possibility of rejection, openly and honestly talks about his past actions, the amazing guilt he has associated with it, and how he dedicated so much time to bettering himself. I will be forever inspired by his active participation in changing his life from the ground up. And, most importantly, I will always be thankful for my brother, a man that demonstrates strength, humility, grace, and love. I have never felt so proud to call Evan my brother, and it is with great honor that I stand in support of him.

Sincerely,

Rachel E. Stern

Rachel E. Stern
Clinical Trainee
Department of Psychology
Miami University