

DEFENDANT'S
EXHIBIT
10

Mark Pestka
4465 Westmont Blvd
Copley, OH 44321

3 January 2008

Honorable Kathleen McDonald O'Malley
Carl B. Stokes United States Courthouse
801 West Superior Avenue
Cleveland, OH 44113-1840

Dear Honorable O'Malley,

I am writing on behalf of Evan Stern to show support for him and to request a more lenient sentence for him in his judgment coming up on January 18th. I have known Evan for many years on and off throughout school. I have also worked with him and went to college with him. I was among the first three that Evan called after having his computer seized. I talked to him several times that day at great length each. I have been in contact with him throughout the process and continue to have contact with him even now.

Evan has done everything that I would be able to think of and more to rid himself of this his problem. But even with the items that are listed and documented on paper there are some additional things of note that don't fit so cleanly on paper, that being said I shall attempt to make them fit anyhow on this paper. Among these items I think the biggest one would be Evan's change in outlook on things. It is the case that he started going to see a therapist about a week after the initial seizure of his computer. However it is also the case that shortly thereafter he also started accompanying a mutual friend of ours to church every Sunday. This had a profound effect on Evan and I believe through this and other actions it has really helped Evan to better find himself and even redefine himself. Now, of course, he is doing well with his professional life and even with a personal life, having strengthened many of his friendships over this time too with his honesty and forthrightness with the whole experience. These actions, I believe, to speak greater volumes of his character and integrity than I could hope to in a single letter.

While he did make an error of judgment, I think he has completely revitalized his life and become a stronger and better person now. I would personally believe these types of mistakes a good thing if learned from and I think Evan has learned from it too and will not repeat. He has for the last year been waiting for this process to come so that it may conclude and it has weighed heavily over his entire life. I have long lost count of the number of times it has been brought up. This feeling of uncertainty, expectancy, and dread is not something I would wish upon anyone. Even more, through his therapy he had moments of extreme panic leading to panic attacks, I say this not to bring pity but to illustrate the gravity he attached to the therapy. if it is the purpose to simply punish, then I do not know what worse punishment there could be for him. I think he has reformed and even transformed himself to being a better person.

It is my sincere hope that this brief letter has conveyed anything at all that might better show Evan's commitment during this experience. I do not think that he is deserving of any punishment that would take him away from where he currently is and where he is currently employed. He has put himself through a lot and has worked hard. What he has done for himself is truly amazing and in no way should be considered a small feat. Thank you for your consideration.

Sincerely,
Mark Pestka