DEFENDANT'S EXHIBIT 17

January 5, 2008

Honorable Kathleen McDonald O'Malley
Carl B. Stokes United States Courthouse
801 West Superior Avenue
Cleveland OH, 44113-1840

Dear Honorable Kathleen McDonald O'Malley,

This is a letter by I, Steve Yeoman, on behalf of Evan Stern. Evan worked for me at ProQuest Business Solutions from October 2005 until July 2006, as a co-op. He has a good work ethic and arrived on time to work everyday. Evan was easy get along with and fitted well into the team as a whole. He learns new things quickly and has a sharp technical mind. Evan is a bright young man with a solid future ahead of him. Working within our HR department guidelines on his current legal situation I would re-hire Evan based on his previous hard work and trustworthy behavior.

Sincerely,

*Steve Yeoman*

Steve Yeoman
Senior Application Manager
ProQuest Business Solutions

RECEIVED JAN - 8 2008

17300 BURROWS ROAD
THOMPSON OH, 44086