PEARSON, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:07-CR-524 |
| Plaintiff, | ) ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| v. | ) ) | |
| EVAN STERN, | ) | **ORDER** |
| Defendant. | ) ) | |

Pending before the Court is Defendant's request to consume alcohol at his upcoming wedding reception. Defendant wrote, "I am requesting the ability to drink alcohol during the reception. I would very much like to be able to toast my new wife on our wedding night."

Special conditions of release were imposed on Defendant in response to his recent violations of supervised release. ECF No. 46-1. Defendant acknowledged that he "shall not use alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substances, or any paraphernalia related to such substances." ECF No. 46-1 at PageID # 254. This special condition is one of several with which he must comply to remain in the community. Defendant does not offer good reason for relaxing this thoughtfully imposed term of supervision during what may be a joyous but highly stressful event. As importantly, a wedding

(5:07-CR-524)

toast can certainly be made with a non-alcoholic beverage.

    Defendant's motion to consume alcohol is denied.


    IT IS SO ORDERED.


|    May 23, 2018    |   */s/ Benita Y. Pearson*   |
|---|---|
| Date | Benita Y. Pearson |
| | United States District Judge |